UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY DONOVAN LACY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PAUL MIYAMOTO,<br><br>　　　　　Respondent. | Case No. 21-cv-03377-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO ANSWER ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 4 |

Good cause being shown, Respondent's request for an extension of time to file his answer to the Court's Order to Show Cause is GRANTED. Dkt. No. 4. Respondent shall file his answer by October 25, 2021. Petitioner may file a traverse within 35 days of the date the answer is filed.

This order terminates Dkt. No. 4.

**IT IS SO ORDERED.**

Dated: September 3, 2021

HAYWOOD S. GILLIAM, JR.
United States District Judge