UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY DONOVAN LACY,<br><br>    Petitioner,<br><br>    v.<br><br>PAUL MIYAMOTO,<br><br>    Respondent. | Case No. 21-cv-03377-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 16 |

Good cause being shown, Petitioner's request for an extension of time to file his traverse is GRANTED. Dkt. No. 16. Petitioner shall file his traverse by August 26, 2022.

This order terminates Dkt. No. 16.

**IT IS SO ORDERED.**

Dated: 7/7/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge